1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEBORAH ESTELL ESTRADA,      )      Case No. EDCV 13-1462-JPR
                             )
              Plaintiff,     )      **JUDGMENT**
                             )
        v.                   )
                             )
CAROLYN W. COLVIN, Acting    )
Commissioner of Social       )
Security,                    )
                             )
              Defendant.     )
_____)

        For the reasons set forth in the accompanying Memorandum

Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1)

Plaintiff's request for an order remanding the case for further

proceedings is GRANTED; (2) the Commissioner's request for an

order affirming the Commissioner's final decision and dismissing

the action is DENIED; and (3) judgment is entered in Plaintiff's

favor.


DATED: October 14, 2014       _____
                              JEAN ROSENBLUTH
                              U.S. Magistrate Judge